UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

DARELL MURRAY,

                                        **Plaintiff,**

                -against-

COMMISSIONER OF SOCIAL SECURITY,

                                        **Defendant.**

-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 1/15/2026 ___

25-CV-09414 (VSB)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The Electronic Certified Administrative Record was due by January 12, 2026, however,

Defendant failed to make any such filing. Defendant is ORDERED to file the Electronic

Certified Administrative Record by no later than Tuesday, January 20, 2026.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        January 15, 2026
              New York, New York