**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------X
 DARELL MURRAY,

                               Plaintiff,                     25 **CIVIL** 9414 (VSB)(SN)

      -v-                                              **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                             Defendant.
----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated February 13, 2026, the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York

        February 17, 2026

                                   **TAMMI M. HELLWIG**
                                 _____
                                    **Clerk of Court**

                     **BY:**         K. mango

                                   _____
                                    **Deputy Clerk**